UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REV. NOLAN MCKENZIE,

        Plaintiff,

Case No. 11-14574

v.

HON. GEORGE CARAM STEEH

SAINT JOSEPH MEDICAL CENTER,

        Defendant.
_____/

ORDER DISMISSING CASE

On November 8, 2011, after having reviewed plaintiff's complaint, the court issued an order to show cause as to why this case should not be dismissed for lack of personal jurisdiction over defendant. The court noted that it is unclear how this court may exercise personal jurisdiction over the defendant, a medical facility located in Kansas City, Missouri. It also noted that it appears plaintiff is attempting to sue others, but those individuals are not identified in the case heading and also do not appear to have contacts with Michigan sufficient to provide personal jurisdiction. On November 17, 2011, plaintiff responded to the order to show cause. However, the response fails to address the jurisdictional issue raised in this court's order to show cause. Accordingly,

IT IS HEREBY ORDERED that the case is DISMISSED.

        S/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: December 1, 2011

CERTIFICATE OF SERVICE

A copy of this Order was served on plaintiff on December 1, 2011, by ordinary mail at 11614 Foster Street, Overland Park, Kansas, 66210.

        S/Josephine Chaffee
        Secretary/Deputy Clerk